TRUST CO. OF GEORGIA et al. v. BLAKELY OIL & FERTILIZER CO.* (Circuit Court of Appeals, Fifth Circuit. October 25, 1916.) No. 2959. In Error to the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge. Clifford L. Anderson and Daniel W. Rountree, both of Atlanta, Ga., for plaintiffs in error. B. R. Collins, of Blakely, Ga., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. On examination of the record, in connection with the briefs of counsel, we find no reversible error in the rulings of the trial judge, either as to the admission of evidence or in his charge or refusals to charge the jury. The verdict seems to be responsive to and supported by the evidence. The judgment of the District Court is affirmed.

*Rehearing denied December 18, 1916.